Motion to remove USMS hold OR Prove it to be Lawfull. 4:15CR99 DPM

I have been in the "Pulaski County Jail" held by the -USMS- by this Court for a uninformed reason since May 20, 2025. * It has yet to be proven or even tried that I have broken any rules or Laws... No reason to. I have alot of responsability - Kids, Grand Kids, wife, Job/Bills. -I ask the Court to remove the hold for USMS-

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 03 2025
TAMMY H. DOWNS, CLERK
By: KMoore
DEP CLERK

Respectfully Submitted

André Smalley.

6-30-2025.

187